1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT TRENIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HMS HOST, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:13-CV-7008-BRO (JEMx)<br><br>[Honorable Beverly Reid O'Connell]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER APPROVING THE STIPULATION REGARDING THE HANDLING OF CONFIDENTIAL DOCUMENTS AND PROPRIETARY INFORMATION<br><br>Action Filed:     July 31, 2013<br>Trial Date:        September 23, 2014 |

1

## <u>ORDER</u>

2     Based upon the Stipulation Regarding the Handling of Confidential

3 Documents and Information filed herewith, and good cause appearing therefor,

4     IT IS HEREBY ORDERED that the meanings and provisions contained in

5 the foregoing Stipulation concerning the use and/or disclosure of Confidential

6 Information shall be effective as to all parties for the purposes of this litigation.

7

DATE:  April 9, 2014                    _____

8                                        Honorable John E. McDermott
                                         United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] PROTECTIVE ORDER
CASE NO.  2:13-CV-7008-BRO (JEMx)