JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT TRENIER, an individual, | Case No.  2:13-CV-7008-BRO (JEMx) |
| Plaintiff, | [Honorable Beverly Reid O'Connell] |
| v. | **JUDGMENT** |
| HMS HOST, INC., a Delaware corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

1    This action came on for hearing before the Court, on August 18, 2014, the
2    Honorable Beverly Reid O'Connell, District Judge Presiding, on a Motion for
3    Summary Judgment, or Alternatively Partial Summary Judgment and the evidence
4    having been fully considered, the issues having been duly heard, and a decision
5    having been duly rendered pursuant to and for the reasons stated in this Court's
6    order dated August 19, 2014 [Dkt. No. 80],

7    IT IS ORDERED AND ADJUDGED that Brett Trenier ("Plaintiff") take
8    nothing from Host International, Inc. ("Defendant"), that the action be dismissed on
9    the merits with prejudice, that judgment for Defendant is granted and final, and that
10   Defendant shall recover from Plaintiff its costs of suit.

**IT IS SO ORDERED.**

Dated:  August 29, 2014    _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

T