# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT TRENIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HMS HOST, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-07008-BRO-JEMx<br><br>[Hon. Beverly Reid O'Connell, Crtm. 7C]<br><br>**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation]<br><br>Action Filed: July 31, 2013<br>Trial Date: September 5, 2017 |

The Court, having read and considered Plaintiff Brett Trenier and Defendant Host International, Inc.'s stipulation to dismiss the complaint with prejudice and finding good cause therefor,

**HEREBY ORDERS:**

1. The case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 10, 2017

HON. BEVERLY REID O'CONNELL,
U.S. DISTRICT COURT JUDGE